UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dickinson R. Debevoise |
| v. | : | Crim. No. 98-653 |
| ANTON AUSED | : | O R D E R |

This matter having come before the Court on the petition of the United States Probation Office (docket entry no. 18 in this matter) for a hearing regarding the failure of defendant Anton Aused (Candace Hom, Assistant Federal Public Defender, appearing) to comply with certain conditions of supervised release imposed on August 4, 1999 and commenced on March 19, 2002; and the defendant having waived the preliminary hearing and having entered a guilty plea on November 16, 2009 to Violation 1 of that petition, which charges defendant Aused with having violated the supervision condition which states: "You shall not commit another federal, state, or local crime,"; and for good cause shown;

IT IS on this 7th day of December, 2009,

ORDERED that the defendant is adjudged guilty of Violation No. 1 of the petition, which charges defendant Aused with having violated the supervision condition which states: "You shall not commit another federal, state, or local crime,";

IT IS FURTHER ORDERED that the term of supervised release is hereby revoked;

IT IS FURTHER ORDERED that the defendant is hereby committed

to the custody of the Bureau of Prisons to be imprisoned for a period of twelve months;

IT IS FURTHER ORDERED that upon completion of this sentence of imprisonment the defendant shall be completed with his supervised release in this matter; and

IT IS FURTHER ORDERED that all other conditions of the judgment of conviction entered in this matter shall remain in full force and effect.

_____
HONORABLE DICKINSON R. DEBEVOISE
United States District Judge